UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK C. PARKER (#A-78499)

VERSUS

BOBBY WEBBER, ET AL.

CIVIL ACTION

NO. 11-82-JJB

**RULING**

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated March 19, 2012 (doc. no. 58).

Plaintiff filed a "Notice of Appeal" which was docketed both as an objection (doc. 59) and a "Notice of Appeal" (doc. 60). The Notice of Appeal purportedly appeals from the "decision" of the magistrate judge denying his motions for summary judgment. The magistrate judge did not issue a "decision" but rather she issued a report and recommendation. Whether treated as an objection or an appeal, it has no merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's motions for summary judgment (docs. 33, 54 and 56) are hereby DENIED and this matter is referred back to the magistrate judge for

further proceedings.

Baton Rouge, Louisiana, this 30th day of April, 2012.

———————————————
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA