UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK C. PARKER (#385992)

VERSUS

BOBBY WEBBER, ET AL.

CIVIL ACTION

NO. 11-82-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 25, 2013 (doc. no. 89) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for dismissal for Insufficient Service of Process of defendant Steven Holmes, M.D. (Doc. no. 83) is DENIED, and this matter is referred back for further proceedings.

Baton Rouge, Louisiana, this 15th day of May, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA