UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK C. PARKER (#385992)

VERSUS

BOBBY WEBBER, ET AL.

CIVIL ACTION

NO. 11-82-JJB-RLB

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 20, 2014 (doc. no. 109). The plaintiff filed an objection which lacks merit and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and the defendants' Motions for Summary Judgment (doc. no. 93, 94 and 95) are GRANTED, dismissing the plaintiff's claims asserted against the defendants, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this 19th day of March, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA